```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 41468
   HARVEY LOVE
   DEBORAH LOVE                                  CHAPTER 13

                                                 JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-2009     SSN XXX-XX-7028

---------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 11/09/2004 and was confirmed 12/23/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 12/22/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
---------------------------------------------------------------------------
CHRYSLER FINANCIAL SVC A  SECURED              .00           .00            .00
BANK OF NEW YORK          CURRENT MORTG        .00           .00            .00
BANK OF NEW YORK          MORTGAGE ARRE   5456.44           .00         5456.44
FORD MOTOR CREDIT         SECURED              .00           .00            .00
HARRIS NA                 SECURED          6101.30        917.55         6101.30
AFNI                      UNSECURED     NOT FILED           .00            .00
AMOCO BP                  UNSECURED     NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED       5504.41           .00          550.44
ECAST SETTLEMENT CORP     UNSECURED       2423.61           .00          242.36
RESURGENT ACQUISITION LL  UNSECURED       3434.36           .00          343.44
RESURGENT ACQUISITION LL  UNSECURED       1868.76           .00          186.88
CROSSING POINTE           UNSECURED     NOT FILED           .00            .00
IVANHOE DENTAL GROUP      UNSECURED     NOT FILED           .00            .00
RESURGENT ACQUISITION LL  UNSECURED        524.57           .00           52.46
RESURGENT ACQUISITION LL  UNSECURED       1352.62           .00          135.26
BANK OF NEW YORK          MORTGAGE NOTI NOT FILED           .00            .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY    2,085.00                       2,085.00
TOM VAUGHN                TRUSTEE                                       1,026.64
DEBTOR REFUND             REFUND                                           52.23

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE              17,150.00

PRIORITY                                        .00
SECURED                                   11,557.74
   INTEREST                                  917.55
UNSECURED                                  1,510.84
ADMINISTRATIVE                             2,085.00
TRUSTEE COMPENSATION                       1,026.64

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 41468 HARVEY LOVE & DEBORAH LOVE
```

```
DEBTOR REFUND                                                  52.23
                                        ---------------   ---------------
TOTALS                                        17,150.00         17,150.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                         /s/ Tom Vaughn
     Dated: 03/05/09                     _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE